ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 DEC -4 PM 4: 10
CLERK
SO. DIST. OF GA.

JAMES PETERSON,

    Plaintiff,

v.

STEPHEN UPTON; JOHN BROWN;
JOHN W. PAUL; WENDELL FOWLER;
LOUISE SMITH; JANET BREWTON;
T. ANDERSON; GARY HARDEN;
BONITA HARDWICK; JAMES CEASER,
and LAVETTE MIKELL,

    Defendants.

CIVIL ACTION NO.: CV607-059

## ORDER

After an independent review of the record, the Court concurs with the recommendation of the Magistrate Judge that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(g). Plaintiff has filed Objections to the Report and Recommendation, wherein he contends that the dismissal of case number CV606-29 for failure to respond to a court order should not count for purposes of the "three strikes" provision of § 1915(g). Regardless of whether that dismissal counts as a strike, Plaintiff has at least three civil actions which were dismissed for failure to state a claim upon which relief could be granted: (1) Peterson v. Smith, et al., CV606-25 (S.D. Ga. June 26, 2006); (2) Peterson v. Donald, et al., CV605-136 (S.D. Ga. April 26, 2006); (3) Peterson v. Smith, et al., CV607-002 (S.D. Ga. March 28, 2007). These dismissals clearly count as strikes under the plain language of § 1915(g).

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit.[1] Accordingly, the Report and Recommendation is adopted as the opinion of this Court. Plaintiff's Complaint is hereby **DISMISSED**.

SO ORDERED, this ___ day of _____, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's contention that the Magistrate Judge "has [a] relative that work[s] at Georgia State Prison" is both irrelevant and factually incorrect.